# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN HOWELL, <br><br> Plaintiff, <br><br> v. <br><br> CLAYTON COUNTY SHERIFF VICTOR HILL, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:20-cv-02662-WMR |

## ORDER DENYING MOTION TO CERTIFY INTERLOCUTORY APPEAL AS FRIVOLOUS

This matter is before the Court on Plaintiff's Motion to Certify Interlocutory Appeal as Frivolous. [Doc. 84]. After considering Plaintiff's argument and the applicable law, the Court **DENIES** the motion for the reasons set forth below.

On November 27, 2023, this Court denied Defendant's Motion for Summary Judgment, finding that Defendant demonstrated a triable claim on a violation of clearly established law sufficient to defeat qualified immunity. [Doc. 78]. On December 21, 2023, Defendant filed a notice of appeal. [Doc. 79]. The case is currently docketed in the Eleventh Circuit. (*See* Eleventh Circuit Court of Appeals Case No. 23-14218). According to the Supreme Court, "a federal district court and a federal court of appeals should not attempt to assert jurisdiction over a case

simultaneously. The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Accordingly, the Court recognizes that the Eleventh Circuit retains jurisdiction over this case during the pendency of Defendant's appeal.

For the foregoing reasons, it is hereby **ORDERED** that Plaintiff's Motion to Certify Interlocutory Appeal as Frivolous [Doc. 84] is **DENIED**.

IT IS SO ORDERED, this 9th day of July, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE