UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON COUNTY SHERIFF VICTOR HILL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:20-CV-02662-WMR<br>)<br>)<br>)<br>)<br>) |

## ORDER ALLOWING CELLULAR PHONE INTO BUILDING

IT IS ORDERED that Mark Winne be allowed to bring his cellular telephone into the Richard B. Russell Federal Building during the jury trial of Glenn Howell v. Victor Hill, Case No. 1:20-cv-2662-WMR. The cellular telephone is allowed in Courtroom 1705 only and shall not be permitted in any other courtroom. Additionally, the cellular phone is not to be used for any photographs, video, or audio recordings inside Courtroom 1705 but may be used in the common areas of the building.

Proper identification will be required upon entering the security check points. This 4th day of December, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE