# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cv-02662-WMR**
**Howell v. Hill**
**Honorable William M. Ray, II**

Minute Sheet for proceedings held In Open Court on 12/05/2025.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 3:15 P.M.
TIME IN COURT: 2:00
OFFICE LOCATION: Atlanta
COURT REPORTER: Geraldine Glover
DEPUTY CLERK: Sherri Lundy

**ATTORNEY(S) PRESENT:** Michael Hoffer and Edward Greenblat representing Victor Hill

Darryl Scott and Derek Law representing Glenn Howell

**PROCEEDING CATEGORY:** Jury Trial Continued

**MINUTE TEXT:** Jury resumed deliberations. Court received question from jurors Question marked as Court's Exhibit 4. The Court discussed issue with counsel and responded to jurors with Court's Exhibit 5. Court received another question from a juror which was marked as Court's Exhibit 6 and advised attorneys of Court's response which was marked as Court's Exhibit 7. Court received another question from the jury, which Court identified as Court's Exhibit 8. Court had discussions with counsel. Foreperson was questioned in open Court with Judge and counsel present as to issues mentioned in note. A second juror was questioned in open Court with Judge and Counsel present as to issue mentioned in note. Court had additional discussions with counsel. Jury was brought in and Court declared a mistrial on the punitive damages portion of the trial. The Court will issue a written partial judgment as to the compensatory damages portion of the trial.

**HEARING STATUS:** Trial concluded.