FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 0 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLENN HOWELL,

    Plaintiff

    v.

VICTOR HILL,

    Defendant.

CIVIL ACTION NO.
1:20-cv-2662-WMR

## VERDICT FORM

We, the jury, for our damages verdict, do find as follows:

**Part I: Compensatory Damages**

1. Has the Plaintiff proven by a preponderance of the evidence that he incurred damages in the form of medical care and supplies that he reasonably needed and actually obtained, and medical care and supplies that the Plaintiff is reasonably certain to need in the future, as a result of the Defendant's violation of his constitutional rights?

   Answer "Yes" or "No"   __Yes__

   If "Yes," in what amount?   __$359,000__

2. Has the Plaintiff proven by a preponderance of the evidence that he incurred damages in the form of physical injuries, including ill health, physical pain

1

and suffering, disability, disfigurement, and discomfort, including such physical harm that the Plaintiff is reasonably certain to experience in the future, as a result of the Defendant's violation of his constitutional rights?

    Answer "Yes" or "No"      Yes

    If "Yes," in what amount?    $150,000

3. Has the Plaintiff proven by a preponderance of the evidence that he incurred damages in the form of mental and emotional distress, impairment of reputation, and personal humiliation, including such mental or emotional harm that the Plaintiff is reasonably certain to experience in the future, as a result of the Defendant's violation of his constitutional rights?

    Answer "Yes" or "No"      Yes

    If "Yes," in what amount?    $100,000

*If you awarded damages in response to any of Questions 1, 2, or 3, proceed to Part III.*

*If you did not award damages in response to any of Questions 1, 2, or 3, proceed to Part II.*

**Part II: Nominal Damages**

4. Do you find that the Plaintiff should be awarded nominal damages because (a) the Plaintiff has submitted no credible evidence of injury; or (b) the Plaintiff's injuries have no monetary value or are not quantifiable with any

2

reasonable certainty; or (c) the Defendant used both justifiable and unjustifiable force against the Plaintiff and it is entirely unclear whether the Plaintiff's injuries resulted from the use of justifiable and unjustifiable force?

 Answer "Yes" or "No"  _____

 If your answer is "Yes," in what amount?  _____

 *Proceed to Part III.*

**Part III: Punitive Damages**

5. Has the Plaintiff proven by a preponderance of the evidence that the Defendant acted with malice or reckless indifference to the Plaintiff's constitutional rights such that the Plaintiff should be awarded punitive damages as punishment for the Defendant and as a deterrent to others.

 Answer "Yes" or "No"  *Yes*

*This ends your deliberations. Your foreperson should go to the end of this verdict form to sign and date it.*

**SO SAY WE ALL**, signed and dated, this 4th day of December, 2025.

_____
Foreperson's Signature

3